UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GREGORY T. SHAW,                )<br>                                                  )<br>        Plaintiff,                        )<br>   v.                                        )     No. 1:05-cv-003-RLY-TAB<br>                                                  )<br>DEPUTY DAVID GOODRICH, et al.,   )<br>                                                  )<br>        Defendants.                   ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted,** that judgment is entered for the defendants and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

Date:  09/26/05

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

John Thomas Roy
ST PAUL STAFF COUNSEL OFFICE
john.roy@stpaul.com

GREGORY T. SHAW
Monroe County Jail
301 North College Avenue
Bloomington, IN 47404